# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES JERROD SPIKES, JR.

NO. 2021 KW 0998

**OCTOBER 18, 2021**

---

In Re:   James Jerrod Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR4-128964.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**   Relator's conviction, habitual offender adjudication, and sentence became final fourteen days after this court's September 15, 2017, opinion on his appeal. See La. Code Crim. P. art. 922(B) & (D).   Accordingly, unlike the defendant in **State v. Lyles,** 2019-00203 (La. 10/22/19), 286 So.3d 407 (*per curiam*), relator's case was not pending on direct review when the amendments to the habitual offender statute became effective on November 1, 2017. Furthermore, no appeal lies from a judgment dismissing an application for postconviction relief or otherwise denying relief.   See La. Code Crim. P. art. 930.6(A). Therefore, relator's contention that the finality of his conviction, habitual offender adjudication, and sentence were extended by this court's December 26, 2018 decision on his writ application (2018 KW 1494) is legally and factually without merit.   Relator was adjudicated and sentenced as a habitual offender under the correct version of the habitual offender law (La. R.S. 15:529.1).   Therefore, the district court did not err by denying the motion to correct an illegal sentence.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT